# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JESULIA VEGA RIVERA, on behalf of herself and others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>CARIBBEAN RESTAURANTS, LLC,<br><br>Defendant. | Case No.: 3:17-cv-01147-CVR<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, JESULIA VEGA RIVERA, by and through the undersigned counsel, hereby gives notice that the Parties have agreed to settle this matter in its entirety. The Parties will file the appropriate pleadings for dismissal within ten (10) days.

Respectfully submitted this **31st** day of **July, 2017.**

s/ Andrés W. López
Andrés W. López, Esq.
USDC No.: 215311
**THE LAW OFFICES OF**
**ANDRÉS W. LÓPEZ, P.S.C.**
Post Office Box 13909
San Juan, Puerto Rico 00908
Telephone:     (787) 294-9508
Email: andres@awllaw.com

s/ Carlos V. Leach
**Carlos V. Leach, Esq.***
*Pro Hac Vice*
**MORGAN & MORGAN, P.A.**
20 N. Orange Avenue, 16th Floor
Orlando, Florida 32802-4979
Telephone:     (407) 420-1414
Email: CLeach@forthepeople.com
*Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing of Plaintiff, has been served to all counsel of record, using the CM/ECF filing system, which I understand will send a notice of electronic filing this **31st** day of **July 2017**.

s/ CARLOS V. LEACH
Carlos V. Leach
