# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JESULIA VEGA RIVERA, on behalf of herself and others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>CARIBBEAN RESTAURANTS LLC,<br><br>Defendant. | Civil No.: 3:17-cv-01147-CVR |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO FED. R CIV. P 41(a)(A) (ii)

**TO THE HONORABLE COURT:**

**COME NOW** all of the parties in the above-captioned complaint, through their respective undersigned counsel, and respectfully inform and pray as follows:

1. The parties have reached a private and confidential settlement agreement in which they have agreed to resolve all claims between them.

2. As part of the agreement, the plaintiff is voluntarily dismissing the present claim with prejudice. The parties have agreed that no imposition of costs or attorneys' fees will be requested.

3. The parties hereby request that this Honorable Court enter judgment dismissing the complaint in its entirety with prejudice, and that an un-appealable judgment be issued dismissing the case.

4. The parties further request that the court retain jurisdiction to enforce all aspects of the agreement.

Notice of Voluntary Dismissal With Prejudice Pursuant to Fed. R. Civ. P.41(a)(ii)
Civil No. 17-1147 (CVR)

**WHEREFORE**, the parties respectfully request that this Honorable Court enter judgment dismissing the complaint pursuant to the terms requested herein.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 10th day of August, 2017.

| **Attorneys for Plaintiff** | **Attorneys for Defendant** |
|---|---|
| *s/ Carlos V. Leach* | **O'NEILL & BORGES LLC** |
| Carlos V. Leach, Esq.* | 250 Muñoz Rivera Ave., STE 800 |
| *Pro Hac Vice* | San Juan, Puerto Rico  00918-1813 |
| **MORGAN & MORGAN ATLANTA PLLC** | Tel.: (787) 764-8181 |
| 191 Peachtree Street, N.E., Suite 4200 | Fax:  (787) 753-8944 |
| Post Office Box 57007 | |
| Atlanta, Georgia 30343-1007 | *s/ Carlos E. George-Iguina* |
| Main: (404) 965-8811 | Carlos E. George-Iguina |
| Facsimile: (404) 965-8812 | USDC-PR No. 213213 |
| Email: CLeach@forthepeople.com | carlos.george@oneillborges.com |
| | |
| *s/ Andrés W. López* | *s/ Alberto J. Bayouth-Montes* |
| Andrés W. López, Esq. | Alberto J. Bayouth-Montes |
| USDC No.: 215311 | USDC-PR No. 228313 |
| **THE LAW OFFICES OF ANDRÉS W. LÓPEZ, P.S.C.** | alberto.bayouth@oneillborges.com |
| Post Office Box 13909 | |
| San Juan, Puerto Rico 00908 | |
| Telephone:    (787) 294-9508 | |
| Email: andres@awllaw.com | |