IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JESULIA VEGA-RIVERA

    Plaintiff

v.

CARIBBEAN RESTAURANTS, LLC

    Defendant

CV. 17-1147(CVR)

## JUDGMENT

The Court, through the Honorable Magistrate Judge Camille L. Velez-Rive, entered an order on August 10th, 2017 (Dkt. 34) granting the "Stipulation of Dismissal with Prejudice" filed by plaintiff, (Dkt. 33) on that same date, without imposition of costs or attorney's fees, retaining jurisdiction to enforce all aspects of the private and confidential settlement agreement, and instructing the Clerk of Court to enter judgment accordingly.

WHEREFORE, it is

**IT IS ORDERED AND ADJUDGED** that the complaint be and is hereby **DISMISSED WITH PREJUDICE, without the imposition of costs or attorney's fees. The Court will retain jurisdiction for enforcement purposes over the settlement agreement entered into.**

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 10th day of August 2017.

FRANCES RIOS DE MORAN
CLERK OF COURT

S/ Yelitza Rivera-Buonomo
Deputy Clerk